UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAJUANGY EVANS                                CIVIL ACTION

VERSUS

KEITH TURNER, ET AL.                          NO.: 12-00399-BAJ-SCR

### RULING AND ORDER

On April 29, 2013, the United States Magistrate Judge issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that the Defendants' Rule 12(b)(6) Motion to Dismiss be granted and that the Plaintiff's complaint be dismissed without leave to amend. (Doc. 16). Plaintiff filed a timely objection to the report on May 15, 2013. (Doc. 17).

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Defendant's Rule 12(b)(6) Motion to Dismiss (Doc. 11) is GRANTED.**

**IT IS FURTHER ORDERED** that the above captioned matter be dismissed, without leave to amend, because there is no conceivable, non-frivolous federal claim

Plaintiff could assert consistent with the facts alleged in his complaint, as supplemented.

Baton Rouge, Louisiana, this 25th day of October, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA